# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02658-REB-MJW

JUAN MARIO FLEITES,

Plaintiff,

v.

PUEBLO MEDICAL INVESTORS, LLC; and
LIFE CARE CENTERS OF AMERICA, INC., d/b/a UNIVERSITY PARK CARE CENTERS,

Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER (DOC. 8) TO RESET SETTLEMENT CONFERENCE DATE

( Docket No. 17 )

This matter is before the Court on Defendants' Unopposed Motion for Modification of Scheduling Order (Doc. 8) to Reset Settlement Conference Date. The Court has reviewed the Unopposed Motion, and being fully informed, hereby ORDERS that based on good cause shown, the June 4, 2008 scheduling conference is vacated. ~~and will be reset.~~ The parties shall contact Magistrate Judge Watanabe's chambers to reset the settlement conference, within Five (5) Days From The Date of This Order. 303-844-2403

Dated this 30th day of May, 2008.

BY THE COURT

/s/ Michael J. Watanabe
~~U.S. Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO