IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02658-REB-MJW

JUAN MARIO FLEITES,

Plaintiff,

v.

PUEBLO MEDICAL INVESTORS, LLC; and
LIFE CARE CENTERS OF AMERICA, INC., d/b/a UNIVERSITY PARK CARE CENTERS,

Defendants.

---

**ORDER GRANTING MOTION FOR MODIFICATION OF SCHEDULING ORDER (DOC. 8) TO EXTEND DEADLINE TO DISCLOSE REBUTTAL EXPERTS AND TO COMPLETE EXPERT DISCOVERY**
( Docket no. 21 )

---

This matter is before the Court on Defendants' Motion for Modification of Scheduling Order (Doc. 8) to Extend Deadline to Disclose Rebuttal Experts and to Complete Expert Discovery. The Court has reviewed the Motion, and being fully informed, hereby ORDERS that based on good cause shown, the motion (Docket No. 21) is Granted And the Scheduling Order is modified and Defendants' rebuttal expert disclosure must be served within thirty days after this Court enters an order on Defendants' Motion to Strike Ruben L. Whitfield Pursuant to Fed.R.Evid. Rules 702 and 704 and expert discovery (of Ruben Whitfield and any rebuttal expert) must be completed within Sixty (60) ~~ninety (90)~~ days of this Court's order.

Dated this 1st day of July, 2008.

BY THE COURT

*signature*
U.S. Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**