IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02658-REB-MJW

JUAN MARIO FLEITES,

Plaintiff,

v.

PUEBLO MEDICAL INVESTORS, LLC; and
LIFE CARE CENTERS OF AMERICA, INC., d/b/a UNIVERSITY PARK CARE CENTERS,

Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO PERMIT LUCY MARTINEZ TO ATTEND MEDIATION BY TELEPHONE ( Docket No. 27 )

This Matter comes before the Court on Defendants' Motion for Leave to Permit Lucy Martinez to Attend Mediation by Telephone. The Court is advised in the premises of the request and understands that Terry Stanton-Nance will be present in person on behalf of Defendants. The Court grants Defendants' motion ( Docket No. 27 ) and orders that Lucy Martinez for Defendant may appear by telephone @ (303) 844-2403.

Dated this 5TH day of August, 2008.

District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO