IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02658-REB-MJW

JUAN MARIO FLEITES,

    Plaintiff,

v.

PUEBLO MEDICAL INVESTORS, LLC, and
LIFE CARE CENTERS OF AMERICA d/b/a UNIVERSITY PARK CARE CENTER,

    Defendants.

# MINUTE ORDER[1]

The matter comes before the court on the **Joint Motion to Vacate Final Trial Preparation Conference Scheduled For Friday, February 13, 2009** [#48], filed February 9, 2009. After reviewing the motion and the file, the court has concluded that the motion should be granted and the Trial Preparation Conference and jury trial should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Vacate Final Trial Preparation Conference Scheduled For Friday, February 13, 2009** [#48], filed February 9, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for Friday, February 13, 2009, is **VACATED**;

3. That the jury trial set to commence March 2, 2009, is **VACATED**; and

4. That the parties shall have until **March 2, 2009**, in which to file their motion to dismiss with prejudice.

Dated: February 10, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.