IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02658-REB-MJW

JUAN MARIO FLEITES,

    Plaintiff,

v.

PUEBLO MEDICAL INVESTORS, LLC, and
LIFE CARE CENTERS OF AMERICA d/b/a UNIVERSITY PARK CARE CENTER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss With Prejudice** [#52] filed March 16, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss With Prejudice** [#52] filed March 16, 2009, is **GRANTED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated March 17, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge